# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FERNANDO VILLARINO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10; inclusive,<br><br>  Defendants. | Case No. 5:23-cv-01502-SP<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>State Ct. Complaint Filed: June 14, 2023<br><br>Magistrate Judge: Sheri Pym<br><br>Trial Date: February 10, 2025 |

The Court hereby accepts and enters Plaintiff Fernando Villarino and Defendant Ford Motor Company's Joint Stipulated Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 5, 2024          BY: _____
                              HON. SHERI PYM
                              United States Magistrate Judge